**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-60647

_____

PAN AMERICAN FOODS, INC.,

Petitioner-Appellant,

VERSUS

COMMISSIONER OF INTERNAL REVENUE,

Respondent-Appellee.

_____

Appeal from the Decision of the United States Tax Court
(4875-94)

_____

November 10, 1998

Before WISDOM, DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The judgment of the tax court is affirmed on the basis of its

thorough opinion of March 17, 1997.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.